JONES, Respondent, vs. SUPERIOR RAPID TRANSIT RAILWAY
COMPANY, Appellant.

*October 1 — December 17, 1895.*

*Johnson v. Superior R. T. R. Co., ante,* p. 233, followed.

APPEAL from a judgment of the superior court of Douglas
county: CHARLES SMITH, Judge. *Reversed.*

For the appellant there was a brief by *Ross, Dwyer &
Hanitch,* and oral argument by *W. D. Dwyer.*

For the respondent there was a brief by *McHugh, Lyons
& McIntosh,* and oral argument by *T. E. Lyons.*

The following opinion was filed October 22, 1895:

CASSODAY, C. J.    The plaintiff brings this action to re-
cover damages sustained by her in the same collision men-
tioned in the case of *Johnson v. Superior R. T. R. Co., ante,*
p. 233.    There is a general verdict in favor of the plaintiff
in this case for $3,500, and also a special verdict in her favor,
very much the same as in that case, except as modified by
the fact that the plaintiff in this case was driving the horse.
The charge in this case contains one of the same errors just
considered in the *Johnson Case,* to the effect that the plaint-
iff could recover even in a case where both parties were
guilty of a want of ordinary care.    As this must work a re-
versal, and in view of the opinion filed in that case, it is
unnecessary to say more.

*By the Court,* — The judgment of the superior court of
Douglas county is reversed, and the cause is remanded for a
new trial.

A motion for a rehearing was denied December 17, 1895.